**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JEFFREY A. JORDAN                                                                       PLAINTIFF

v.                      NO. 4:14CV00493 JLH-JTK

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration                                    DEFENDANT

**JUDGMENT**

Pursuant to the Order entered separately today, this action is remanded to Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, for further consideration consistent with the Order entered separately today.

IT IS SO ORDERED this 12th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE